dc4

5 December 2017

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
ATTN: Court Clerk
San Antonio, TX 78205-3037

RE:    Appellant BRIEF Appendix Updates for Court of Appeals Number 04-16-00786-CV

Sir/Mam,

1. The enclosed information updates three areas regarding this case. Appellants have incurred additional out of pocket expenses and hours dedicated to defense of this case in the last four (4) months of AUG/SEP/OCT/NOV that are not reflected in Appellant's <u>Affidavit of Case Preparation Administrative Hours as of 1 AUGUST 2017</u>, and <u>Affidavit of Case Expenses as of 1 AUGUST 2017</u> resulting from an unexpected additional three and a half (3 ½) months of extended litigation. These affidavits were filed with the Court as a BRIEF Appendix as well as part of Appellant's 18 AUG 2017 letter very respectfully submitting them as <u>solemn affirmation statements declaring personal knowledge as described therein.</u> Appellant will gladly declare same under oath for each as a sworn affidavit if directed by this Court.

2. Out of pocket expenses now exceed $_16,742.94_. Over _6,326_ hours have been invested in defense of this improperly instituted cause of action for which Appellants requested in their BRIEF Prayer for Relief a minimum remuneration "in equity" of $10.00 per hour totaling $_63,260.00_, which this Court may deem to be much too low as appropriate compensation. <u>**Appellee counsels are entirely and solely responsible**</u> for the Appellant's avoidable continued needless and wasteful out of pocket expenses and hours dedicated to defending this case.

3. ***No objection has been raised by Appellee in over three and a half (3 ½) months to these requested awards.*** All "findings" by the Jury and Judge of the Trial Court have been challenged by Appellants as being invalid. Appellants expect to prevail in this case. As of Appellee's filed BRIEF on 6 NOV 2017 in response to Appellant's BRIEF, ***two challenged issues*** of award of attorney's fees and unpaid rent arrearage allegation ***have been withdrawn by the Appellee*** leaving only the issue of proper notice in question that can be verified and decided in merely five (5) minutes as articulated in Appellant's REPLY BRIEF.

4. Appellants cannot be "repaid" for *countless needlessly wasted hours of "lost time"* of their "lives"—***over seven and one half (7 ½) months of 40-hour work weeks***—and out of pocket expenses in defending their legal rights **that would not have been wasted** if Appellee counsels had not unethically pursued retaining unlawful attorney's fees of **$5,000.00** and alleged unpaid rent—that have now 18 months later been withdrawn by Appellee counsel.

1

5. Appellee trial court counsel **Kenneth E. Grubbs was content with** unlawfully requesting and unethically imposing **$5,000.00 in attorney's fees debt against the Appellants** that he was not entitled to receive—until the 6 NOV 2017 Appellee BRIEF therein voluntarily withdrawing the claims in response to Appellant's BRIEF. Appellee Appeal counsel Christopher Deeves could have easily made this same ethical decision of acknowledging withdrawal of entitlement in JAN 2017 when hired by Appellee, and review of this case, but did not. He is therefore complicit by agreement by also allowing the unlawful awards to continue to stand since his review of this case as of JAN 2017. Appellee counsels are entirely and solely responsible for the Appellant's continued needless and wasteful out of pocket expenses. Much damage has been done to the Appellants that cannot be "undone" by simple withdrawal.

6. It can sometimes be very difficult to collect a money judgment in Texas. Appellants requested remuneration and compensation as stated in their BRIEF Prayer for Relief to satisfy any judgment, of which nothing has been objected to by Appellee in over three (3½) months. In this case, Appellee David Subia is virtually judgment proof per his counsel's declaration within his BRIEF of Appellee's financial status. This provides little assurance that any voluntary payment of any judgment by Appellee will be made. Appellants provide this Court the enclosed Case Activity Inquiry sheet from the Bexar County Registry as of 1 DEC 2017 that reflects a total of $3,800.00 in funds deposited into the "fund" regarding this case.

7. Two amounts of $200.00 each within this total are Justice and County Court Appeal deposits. This $400.00 actually belongs to the Appellants as it is not rental funds paid to the Appellee, and should appropriately be returned to the Appellants regardless of the outcome of this Appeal. Appellants feel the remaining balance of $3,400.00 as of 1 DEC 2017 should be released and applied to satisfy any monetary judgment as addressed in their BRIEF Prayer for Relief. There are also two money orders for $200.00 each in the Court Evidence Folder that could be released to the Appellants as well to satisfy a portion of any monetary judgment against Appellee.

Respectfully submitted,

Anthony Moore
Appellant, *Pro Se*
P. O. Box 340096
San Antonio, TX 78234
210-848-6250

Encls
1. Amendment of Affidavit of Case Preparation Hours.
2. Amendment of Affidavit of Case Expenses with copies of receipts.
3. Case Activity Inquiry information from Bexar County Court Registry.

2

# AMENDMENT AS OF 5 DEC 2017
## DUE TO EXTENDED LITIGATION TO:

The below Rule 301 JUDGMENTS text and *notice was provided to Appellee* within the Appellant's BRIEF on page 48 above the same quoted text as above. This claim for remuneration is reflected in Appellant's BRIEF Prayer for Relief. ***No objection has been raised by Appellee in over three and a half (3 ½) months***. All "findings" by the Jury and Judge of the Trial Court have been challenged by Appellants as being invalid. As of Appellee's filed BRIEF on 6 NOV 2017 in response to Appellant's BRIEF, ***two challenged issues*** of award of attorney's fees and unpaid rent arrearage allegation ***have been withdrawn by the Appellee*** leaving only the issue of proper notice in question. Appellants expect to prevail in this case.

## AFFIDAVIT of CASE PREPARATION ADMINISTRATIVE HOURS
## AS OF 1 AUGUST 2017 AND
## "WAGES IN EQUITY" EXPLANATION

The *Pro Se* Appellants respectfully submit to this Court the following claim for remuneration that they feel they are absolutely entitled to as *"pecuniary damages"* incurred in defending this cause.

The *Pro Se* Appellants' research determined *"pecuniary damages"* to be those that <u>*can be estimated and monetarily compensated*</u>. For example, actual **lost hours** of the *Pro Se* Appellant's life—*approximately 31 weeks/over seven and one half (7 ½) months of 40-hour work weeks*—dedicated to defense of this improperly instituted lawsuit litigation that they have termed "wages in equity."

The Texas Rules of Civil Procedure Rule 301 JUDGMENTS is clear regarding the award of "equity." The following text is quoted.

> "The judgment of the court shall conform to the pleadings, the nature of the case proved and the verdict, if any, and shall be so framed <u>as to give the party all the relief to which he may be entitled either in law</u> **or equity**. Provided, that upon motion and reasonable notice <u>the court may render judgment</u> non obstante veredicto if a directed verdict would have been proper, and provided further that the court may, upon like motion and notice, *disregard any jury* finding on a *question that has no support in the evidence*."
>
> [**NO mandatory or timely received notices** by §24.005, §91.001, Rule 21a(a)(b)(1), Rule 501.4(a)(2), and **NO compliance** with Rule 510.11 or §24.006 for award of attorney's fees. The *Pro Se* Appellants had also filed a Motion for JNOV, but the Judge would not hear of it.]

Appellants cannot be "repaid" for *countless needlessly wasted hours of "lost time"* of their *"lives"*—<u>*over seven and one half (7 ½) months of 40-hour work weeks*</u>—while defending their legal rights <u>that would not have been wasted if Appellee counsels had not unethically pursued retaining unlawful attorney's fees of $5,000.00 and alleged unpaid rent</u>—that have *now* <u>18 months later</u> been withdrawn by Appellee counsel. <u>Appellee counsel Kenneth E. Grubbs was content with unlawfully requesting and imposing an improper award</u> of <u>$5,000.00</u> in attorney's fees debt that he was not entitled to receive—and Appeal Appellee counsel Christopher Deeves as well—until the 6 NOV 2017 Appellee BRIEF voluntarily withdrawing the claims. Appellee counsel Christopher Deeves could have easily made this same ethical decision in JAN 2017 when hired by Appellee but did not.

1

The below text reflects the amended addition of hours necessitated by Appellee for four (4) months of AUG/SEP/OCT/NOV 2017 dedicated to defense of this case. Two entries of originally submitted document are included for continuity purposes.

## AFFIDAVIT OF HOURS EXPENDED

The undersigned to this affidavit states I have committed the below identified hours on these dates to the research of data, collection of data, assembling and preparation of data for correspondence and/or pleadings and mailing, travel to mail documentation by regular and certified mail, travel to Justice court to accomplish several tasks, travel to County Court to file documents and accomplish related tasks, travel to the Court of Appeals to file documents and accomplish related tasks, check hearing date status, make monthly rental payment into the Court registry, etc, in defense of the Justice Court forcible eviction and detainer case #41E1602559, new County Court case #2016CV04165, new Court of Appeals case #04-16-00786-CV, involving DAVID SUBIA, 5547 Bronco Billy, San Antonio, TX 78222. The undersigned states this is a true and accurate description of expended hours dedicated to defense of this improperly instituted legal action.

Very respectfully submitted,

Anthony Moore
Appellant, *Pro Se*
P. O. Box 340096
San Antonio, TX 78234
210-848-6250

| DATE | HOURS | CUMULATIVE HOURS |
|------|-------|------------------|
| 31 JUL | 13 ¾ | 1,022 ½ |
| 1 AUG | 16 ½ | 1,039 |

**Below AUG/SEP/OCT/NOV 2017 hours are not reflected in the filed BRIEF Appendix.**

| DATE | HOURS | CUMULATIVE HOURS |
|------|-------|------------------|
| 2 AUG | 8 | 1,047 |
| 11 AUG | 1 | 1,048 |
| 12 AUG | 9 | 1,057 |
| 13 AUG | 4 ½ | 1,061 ½ |
| 14 AUG | 13 ¾ | 1,075 ¼ |
| 15 AUG | 8 | 1,083 ¼ |
| 16 AUG | 17 ¾ | 1,101 |
| 17 AUG | 14 | 1,115 |
| 18 AUG | 11 ¾ | 1,126 ¾ |
| 19 AUG | 1 | 1,127 ¾ |
| 20 AUG | ½ | 1,128 ¼ |
| 21 AUG | ¾ | 1,129 |
| 1 SEP | ¾ | 1,129 ¾ |

| | | |
|---|---|---|
| 18 SEP | 1 | 1,130 ¾ |
| 19 SEP | ½ | 1,131 ¼ |
| 22 SEP | 4 | 1,135 ¼ |
| 28 SEP | 9 | 1,144 ¼ |
| 29 SEP | 4 | 1,148 ¼ |
| 1 NOV | 1 ¼ | 1,149 ½ |
| 10 NOV | 11 ¾ | 1,161 ¼ |
| 11 NOV | 8 ¾ | 1,170 |
| 12 NOV | 9 ½ | 1,179 ½ |
| 13 NOV | 10 ¼ | 1,189 ¾ |
| 14 NOV | 6 ½ | 1,196 ¼ |
| 15 NOV | 10 ¼ | 1,206 ½ |
| 16 NOV | ¾ | 1,207 ¼ |
| 1 DEC | ¾ | 1,208 |
| 2 DEC | 7 | 1,215 |
| 3 DEC | 3 ¼ | 1,218 ¼ |
| 4 DEC | 8 ½ | 1,226 ¾ |

31 JUL/Monday    Spent 13 ¾ hours continuing research, gathering information, organizing, assembling, and creating Appeal BRIEF. Updated index of authorities, appendix, proofread entire BRIEF and all enclosures, gathered documents for copying, etc.

**Below AUG/SEP/OCT/NOV 2017 actions are not reflected in the filed BRIEF Appendix.**

1 AUG/Tuesday    Spent 16 ½ hours finalizing all editing of all documents, printing and photocopying ($71.45).

2 AUG/Wednesday    Spent 8 hours finalizing all editing of all documents, printing and photocopying ($42.61), travel to and back from the courthouse to file BRIEF and pay the monthly $200.00 bond deposit/lot lease payment into the County Court registry. Also mailed a copy of the BRIEF by certified mail #7016 2710 0000 8328 8061 ($15.09) to Appellee attorney Christopher Deeves.

11 AUG/Friday    Spent 1 hour on amending BRIEF directed by the Court.

12 AUG/Saturday    Spent 9 hours on amending BRIEF.

13 AUG/Sunday    Spent 4 ½ hours on amending BRIEF.

14 AUG/Monday    Spent 13 ¾ hours on amending BRIEF.

15 AUG/Tuesday    Spent 8 hours on amending BRIEF.

16 AUG/Wednesday    Spent 17 ¾ hours on amending BRIEF.

17 AUG/Thursday    Spent 14 hours on amending BRIEF.

18 AUG/Friday    Spent 11 ¾ hours on finalizing all editing of all documents, printing and photocopying ($45.21), travel to and back from the courthouse to file BRIEF. Also mailed a copy of the BRIEF by certified mail #7016 2710 0000 8328 8078 ($14.49) to Appellee attorney Christopher Deeves.

19 AUG/Saturday    Spent 1 hour editing BRIEF after discovery of correcting a computer glitch that had somehow shifted most all page numbers making all cited

|                   | citation references inaccurate. Called both the Court of Appeals and Appellee attorney Christopher Deeves' office informing them of the computer printing error and a corrected copy would be filed Monday morning, and this was done. Also prepared a letter to the Court informing them of this and my actions. No harm was expected as being mailed and discovered over a weekend and immediately re-mailed to Appellee counsel. Appellee counsel has never offered any objection in over three and a half (3½) months. |
|---|---|
| 20 AUG/Sunday | Spent ½ hour travel, printing ($31.05), proofreading three copies of the corrected BRIEF for correctness, and preparation of certified mail to Appellee counsel. |
| 21 AUG/Monday | Spent ¾ hour travel to courthouse to file corrected BRIEF and letter of explanation. Also mailed a copy of the corrected BRIEF by certified mail #7016 2710 0000 8328 8030 ($9.18) to Appellee attorney Christopher Deeves. |
| 1 SEP/Friday | Spent ¾ hour going to the courthouse to pay the monthly $200.00 lot lease payment into the County Court registry. |
| 18 SEP/Monday | Spent 1 hour preparing letter to attorney Christopher Deeves about his client, David Subia, threatening us again on 5 SEP 2017 necessitating calling San Antonio Police again. SAPD Incident Report #2017-0967564. |
| 19 SEP/Tuesday | Spent ½ hour travel to courthouse to file letter at Court of Appeals with attached SAPD Incident Report #2017-0967564 regarding Appellee's threats. Mailed a copy of the letter by certified mail #7016 0600 0001 1412 3927 ($3.84) to Appellee attorney Christopher Deeves. |
| 22 SEP/Friday | Spent 4 hours preparing, printing, assembling, mailing, and filing a detailed Motion to Deny Appellee Motion for Extension of Time to File Brief as he has already missed several previously Court ordered deadline dates, and has not yet filed any request for extension. Mailed a copy of the motion by certified mail #7006 2150 0005 6650 8089 ($6.80) to Appellee attorney Christopher Deeves. |
| 28 SEP/Thursday | Spent 9 hours preparing Motion to Reverse Per Curiam Decision. It took this long to research, gather and consolidate the information, and clarify many misrepresentations made to the Court by Appellee counsel. |
| 29 SEP/Friday | Spent 4 hours finalizing motion plus printing ($12.65), assembling, mailing, and filing with the Court. Paid the monthly $200.00 lot lease payment into the County Court registry. Mailed a copy of the motion by certified mail #7016 0600 0001 1412 2852 ($6.80) to Appellee attorney Christopher Deeves. |
| 1 NOV/Wednesday | Spent 1 ¼ hour going to the courthouse to pay the monthly $200.00 lot lease payment into the County Court registry. Discovered a second motion to extend time to file Appellee BRIEF had been filed. Filed a handwritten motion objecting to any more extensions due to apparent disregard for the Court by missing four (4) previous deadlines established by the Court. Mailed a copy of the motion by certified mail #7016 2710 0000 8262 6802 ($6.92) to Appellee attorney Christopher Deeves. |

| | |
|---|---|
| 10 NOV/Friday | Spent <u>11 ¾</u> hours reviewing Appellee's BRIEF received Thursday. Made notes and began gathering information to prepare REPLY BRIEF to Appellee's BRIEF. |
| 11 NOV/Saturday | Spent <u>8 ¾</u> hours continuing preparation of REPLY BRIEF. |
| 12 NOV/Sunday | Spent <u>9 ½</u> hours continuing preparation of REPLY BRIEF. Finished 1st draft. Reviewed and edited pages 1-12. |
| 13 NOV/Monday | Spent <u>10 ¼</u> hours editing 1st draft and typing changes to pages 12-24. |
| 14 NOV/Tuesday | Spent <u>6 ½</u> hours continuing to edit and typing changes to pages 12-24. Proofread 2nd draft. |
| 15 NOV/Wednesday | Spent <u>10 ¼</u> hours finalizing and proofreading 2nd draft for editing before printing ($12.28). Created Certificate of Service and Certificate of Compliance for REPLY BRIEF. Hours included travel to print copies, organize, assemble, and prepare for filing and mailing. |
| 16 NOV/Thursday | Spent ¾ hour travel to, at, and return from courthouse for filing the REPLY BRIEF and mailing a copy by certified mail <u>#7016 0600 0001 1412 2869</u> ($7.92) to Appellee attorney Christopher Deeves. |
| 1 DEC/Friday | Spent ¾ hour going to the courthouse to pay the monthly <u>$200.00</u> lot lease payment into the County Court registry. |
| 2 DEC/Saturday | Spent <u>7</u> hours preparing letter to the Court of explanation of Affidavit Updates, case expenses affidavit update, and hours affidavit update. |
| 3 DEC/Sunday | Spent <u>3 ¼</u> hours finalizing the updates. |
| 4 DEC/Monday | Spent 8½ hours finalizing the updates, travel to print copies of case expenses update, hours update, and letter to the Court of explanation of Affidavit Updates, organize, assemble, prepare for filing, plus travel to, at, and return from courthouse for filing. |

Respectfully submitted,

Anthony Moore
Appellant, *Pro Se*
P. O. Box 340096
San Antonio, TX 78234
210-848-6250

5

Bexar County        Cash Information Systems        12/01/2017
    Texas           Case Activity Inquiry           14:13:17
------------------------------------------------------------------------

DPW      Off: CC   Sel: CA   Opt: P_   Qual: _____
Case #: 2016CV04165_   Date: 02-01-2017   Case balances:   Refunds          .00
AG No:          Doc Type R No. 2287553 Archived    Trust      3800.00
COMMENTS: _____    Receivables     .00
Act _ Style-Plaintiff DAVID SUBIA                  vs
     Style-Defendant ANTHONY MOORE ET AL _____   Court 3__

| Ln | Date | Type | Document Reference | Amount | Empl | Adjusts | Ad Date | P/M |
|----|------|------|--------------------|--------|------|---------|---------|-----|
| 01 | 07-26-2016 | RECP | 2251563 | 242.00 | 38738 | | | RU |
| 02 | 08-02-2016 | RECP | 2253119 *Rent* | 200.00 | 38738 | | | CS |
| 03 | 08-02-2016 | RECP | 2253129 | 1.00 | 38738 | | | CS |
| 04 | 08-05-2016 | RECP | 2253969 *JP Appeal Deposit* | 200.00 | 38193 | | | CK |
| 05 | 08-18-2016 | RECP | 2256292 | 40.00 | 38193 | | | RU |
| 06 | 09-02-2016 | RECP | 2259240 | 200.00 | 38738 | | | MO |
| 07 | 09-30-2016 | RECP | 2264667 | 200.00 | 38193 | | | MO |
| 08 | 10-07-2016 | RECP | 2265966 | 17.00 | 38738 | | | CS |
| 09 | 11-03-2016 | RECP | 2270882 | 200.00 | 38193 | | | CS |
| 10 | 12-02-2016 | RECP | 2276797 | 200.00 | 38193 | | | CS |
| 11 | 12-30-2016 | RECP | 2281623 | 200.00 | 38275 | | | CS |
| 01 | 02-01-2017 | RECP | 2287553 | 200.00 | 37724 | | | CS |
| 02 | 02-24-2017 | RECP | 2292110 | 6.00 | 37441 | | | CS |
| 03 | 03-03-2017 | RECP | 2293343 | 200.00 | 37724 | | | CS |
| 04 | 03-06-2017 | RECP | 2293800 | 5.00 | 38275 | | | CS |
| 05 | 03-06-2017 | RECP | 2293801 | 4.00 | 38275 | | | CS |
| 06 | 03-06-2017 | RECP | 2293806 | -5.00 | 38275 | 2293800 | 03-06-2017 | RE |
| 07 | 03-31-2017 | RECP | 2298739 | 200.00 | 38275 | | | CS |
| 08 | 05-03-2017 | RECP | 2304729 | 200.00 | 38275 | | | CS |
| 09 | 05-24-2017 | RECP | 2309004 *CCA Appl Deposit* | 200.00 | 38864 | | | CS |
| 10 | 06-01-2017 | RECP | 2310252 | 200.00 | 38864 | | | CS |
| 11 | 06-30-2017 | RECP | 2315746 | 200.00 | 38864 | | | CS |
| 01 | 08-02-2017 | RECP | 2321765 | 200.00 | 38864 | | | CS |
| 02 | 08-02-2017 | RECP | 2321767 | -200.00 | 38864 | 2321765 | 08-02-2017 | RE |
| 03 | 08-02-2017 | RECP | 2321768 | 200.00 | 38864 | | | CS |
| 04 | 09-01-2017 | RECP | 2327559 | 200.00 | 38864 | | | CS |
| 05 | 09-29-2017 | RECP | 2332373 | 200.00 | 38864 | | | CS |
| 06 | 11-01-2017 | RECP | 2338561 | 200.00 | 38864 | | | CS |
| 07 | 12-01-2017 | RECP | 2344146 | 200.00 | 10794 | | | CS |

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
    Help        Main             Bkwrd Frwrd          Exit

# AMENDMENT AS OF 5 DEC 2017
## DUE TO EXTENDED LITIGATION TO:

## AFFIDAVIT OF CASE EXPENSES
## AS OF 1 AUGUST 2017

The undersigned to this affidavit states I have committed personal funds to the below identified expenses on these dates to travel to conduct research of data, collection of data, assembling and preparation of data for correspondence and/or pleadings; travel and to mail documentation by regular and certified mail; travel to Justice court to accomplish several tasks; travel to County Court to file documents and accomplish related tasks; travel to the Court of Appeals to file documents and accomplish related tasks, check hearing date status, make monthly rental payment into the Court registry, etc, in defense of the Justice Court forcible detainer and eviction petition case #41E1602559, new County Court case #2016CV04165, new Court of Appeals case #04-16-00786-CV, involving DAVID SUBIA, 5547 Bronco Billy, San Antonio, TX 78222. Photocopies of receiptable items are enclosed. I.e., parking meters>no receipt, etc.

These out of pocket expenses *necessitated by Appellee counsels* for Appellants to defend their legal rights **would not have been necessary or wasted** if Appellee counsels had not unethically pursued retaining unlawful attorney's fees of **$5,000.00,** and alleged unpaid rent—that have *now*—18 months later—been withdrawn by Appellee counsel. Appellee trial court counsel **Kenneth E. Grubbs was content with** unlawfully requesting and unethically **imposing $5,000.00 in attorney's fees debt against the Appellants** that he was not entitled to receive—and Appeal Appellee counsel Christopher Deeves as well—until the 6 NOV 2017 Appellee BRIEF voluntarily withdrawing the claims. Appellee counsel Christopher Deeves could have easily made this same ethical decision of acknowledging withdrawal of entitlement in JAN 2017 when hired by Appellee, and review of this case, but did not. He is therefore complicit by agreement by also allowing the unlawful awards to continue to stand since his review of this case as of JAN 2017. Appellee counsels are entirely and solely responsible for the Appellant's continued needless and wasteful out of pocket expenses.

Black's Law Dictionary defines *Actual* damages as—An amount awarded to a complainant to compensate *for a proven injury or loss*; damages that repay actual losses. The *Pro Se* Appellants provide the below detailed listing of actual out of pocket expenses during this extended litigation.

[This claim for remuneration is reflected in Appellant's BRIEF Prayer for Relief. No objection has been raised by Appellee in over three and a half (3½) months. The below text reflects the amended addition of case expenses necessitated by Appellee for four (4) months of AUG/SEP/OCT/NOV 2017 dedicated to defense of this case. Two entries of originally submitted document are included for continuity purposes.]

| | | |
|---|---|---|
| 30 JUL | $ 2.18 | Photocopies for BRIEF. |
| 30 JUL | $10.00 | Fuel used for necessary travel to, at, and back from courthouse, make photocopies, and accomplish other administrative tasks. |
| TOTAL | $1,276.05 | |

1

**Below AUG/SEP/OCT/NOV 2017 expenses are not reflected in the filed BRIEF Appendix.**

| | | |
|---|---|---|
| 1 AUG | $71.45 | Photocopies of Appellant's BRIEF and enclosures for filing at Court of Appeals. |
| 2 AUG | $42.61 | Additional photocopying of Appellant's enclosures for filing at Court of Appeals. |
| 2 AUG | $15.09 | Certified mail #7016 2710 0000 8328 8061 to Appellee attorney Christopher Deeves providing a copy of Appellant's BRIEF and enclosures and 5 Motions. |
| 3 AUG | $15.00 | Replace fuel used for necessary travel to, at, and back from courthouse to make photocopies, pay rent into Court Registry, mail certified mail, and accomplish other administrative tasks. |
| 18 AUG | $45.21 | Photocopies of amended BRIEF for filing and mailing. |
| 18 AUG | $14.49 | Certified mail #7016 2710 0000 8328 8078 to Appellee attorney Christopher Deeves providing a copy of Appellant's BRIEF. |
| 20 AUG | $31.05 | Photocopies of corrected amended BRIEF for filing and mailing. |
| 21 AUG | $ 9.18 | Certified mail #7016 2710 0000 8328 8030 to Appellee attorney Christopher Deeves providing a corrected copy of Appellant's BRIEF. |
| 25 AUG | $10.00 | Replace fuel used for necessary travel to, at, and back from courthouse to make photocopies, mail certified mail, and accomplish other administrative tasks. |
| 19 SEP | $ X.XX | Photocopies of seventh warning letter to attorney Christopher Deeves that he needs to advise his client David Subia to stop making threats to us. (Lost receipt) |
| 19 SEP | $ 3.84 | Certified mail #7016 0600 0001 1412 3927 to Appellee attorney Christopher Deeves providing a copy of seventh warning letter that he needs to advise his client David Subia to stop making threats toward us. |
| 22 SEP | $XX.XX | Photocopies of Appellant's Motion to Deny Appellee's Motion To Extend Time to File his Brief for filing and mailing. (Lost receipt) |
| 22 SEP | $ 6.80 | Certified mail #7006 2150 0005 6650 8089 to Appellee attorney Christopher Deeves providing a copy of Appellant's Motion to Deny Appellee's Motion To Extend Time to File his Brief. |
| 25 SEP | $20.00 | Replace fuel used for necessary travel to, at, and back from courthouse to make photocopies, mail certified mail, and accomplish other administrative tasks. |
| 29 SEP | $12.65 | Photocopies of Motion to Reverse Per Curiam Decision for filing and mailing. |
| 29 SEP | $ 6.80 | Certified mail #7016 0600 0001 1412 2852 to Appellee attorney Christopher Deeves providing a copy of Appellant's Motion to Reverse Per Curiam Decision. |
| 1 NOV | $ 2.00 | Photocopies at the Courthouse of Appellee's Second Motion to Extend time. |
| 3 NOV | $ 1.55 | Photocopies of Appellee's Second Motion to Extend Time and my Motion to Deny for mailing. |

| 1 NOV | $ 6.92 | Mailed a copy of my motion by certified mail #7016 2710 0000 8262 6802 to Appellee attorney Christopher Deeves. |
|---|---|---|
| 10 NOV | $20.00 | Replace fuel used for necessary travel to, at, and back from courthouse to make photocopies, mail certified mail, and accomplish other administrative tasks. |
| 12 NOV | $ 4.24 | Photocopies of 1st draft of REPLY BRIEF for review and editing. |
| 15 NOV | $12.28 | Photocopies of REPLY BRIEF for filing and mailing. |
| 16 NOV | $ 7.92 | Certified mail #7016 0600 0001 1412 2869 to Appellee attorney Christopher Deeves providing a copy of Appellant's REPLY BRIEF. |
| 16 NOV | $10.00 | Fuel used for necessary travel to, at, and back from courthouse to make photocopies, mail certified mail, and accomplish other administrative tasks. |
| TOTAL | $1,645.13 | |
| 4 DEC | $ 4.81 | Photocopies of letter to the Court of explanation of Affidavit Updates, case expenses update, and hours update. |
| TOTAL | $1,649.94 | |

I certify the above is a true and accurate record of actual out of pocket expenses incurred during defense of this legal action.

Anthony Moore
Appellant, *Pro Se*
P. O. Box 340096
San Antonio, TX 78234
210-848-6250

3



```
TP48644094-001
CORNER STORE 1027
5239 RIGSBY
SAN ANTONIO TX 7822
REPLACED FUEL-DODGE 3 August
DATE      08/03/17
TIME      7:54 AM
AUTH# 239649  3AUG2017
PIN USED
Court Related Tasks
DEBIT
MOORE /JO ANN

PUMP  PRODUCT  PPG
 10    UNLD   $2.199

GALLONS   FUEL TOTAL
 6.822     $15.00
          $15.00
```



**Office DEPOT OfficeMax**

```
2 Aug 2017
                    San Antonio - (210) 333-6400

        ARSENAL
      1140 S LAREDO ST
       SAN ANTONIO
           TX
        78204-9998
        4879520204
      (800)275-8777    4:59 PM

Product
Description        Sale      Final
                   Qty       Price

Utl Mlr 10.5" / 1            $1.19
x16"
 (Unit Price:$1.19)
PM 1-Day            1        $7.80
(Domestic)
(SAN ANTONIO, TX 78232)
(Weight:2 Lb 3.60 Oz)
(Expected Delivery Day)
(Thursday 08/03/2017)
Certified           1       $3.35
(@@USPS Certified Mail #)
(70162710000083288061)
Return              1       $2.75
Receipt
(@@USPS Return Receipt #)
(95909402168660053612107)

Total              $15.09   $15.09
Cash               $100.00
Change            ($84.91)
```

---

```
        ARSENAL
      1140 S LAREDO ST
       SAN ANTONIO
           TX
        78204-9998
        4879520204
08/18/2017  (800)275-8777    5:09 PM
18 AUG

Product           Sale      Final
Description        Qty       Price

Utl Mlr 10.5"       1       $1.19
x16"
 (Unit Price:$1.19)
PM 1-Day            1       $7.20
(Domestic)   AMENDED BRIEF
(SAN ANTONIO, TX 78232)
(Weight:1 Lb 1.20 Oz)
(Expected Delivery Day)
(Saturday 08/19/2017)
Certified           1       $3.35
(@@USPS Certified Mail #)
(70162710000083288078)
Return              1       $2.75
Receipt
(@@USPS Return Receipt #)
(95909402168660053612022)

Total   $14.49      $14.49
Cash                $15.00
Change             ($0.51)
```

```
Description        Qty       A
------             ---
PREPAY CA #04   FUEL         10.
CAR
                Subtotal    10.00
REPLACED         Tax         0.00
Court Related   TOTAL      10.00
TASKS            CASH  $    10.00
                             $10.00
        Corner Store 2464
       1703 N New Braunfel
        San Antonio, TX
        Corner Store 2464
        Corner Store 2464

ST# 2464  TILL XXXX DR# 1 TRAN# 1026815
CSH: 6   25 AUG 2017  08/25/17 18:28:01
```

**Office DEPOT OfficeMax**

```
20 Aug 2017
              San Antonio - (210) 333-6400

SALE   2350-4-7671-794308-17.6.1
163061 Impression, BWS
3 @ 0 12                        0.36
236 @ 0.14 BW SS Letter       33.04
Bulk @0.12
You Pay                       0.36SS
                             -4.72
Subtotal:                    28.68
Sales Tax:                    2.37
Total:                       31.05
Debit Card 7597               31.05

CVS PIN Verified
TDS Chip Read
AID A0000000980840  US DEBIT
TVR 8000048000
                             28.32SS
              3 copies
```

ARSENAL
1140 S LAREDO ST
SAN ANTONIO
TX
78204-9998
4879520204
08/21/2017    (800)275-8777    9:07 AM
====================================

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Large Envelope (Domestic) | 1 | $3.08 |
| (SAN ANTONIO, TX 78232) | | |
| (Weight:0 Lb 10.50 Oz) | | |
| (Expected Delivery Day) | | |
| (Wednesday 08/23/2017) | | |
| Certified (@@USPS Certified Mail #) | 1 | $3.35 |
| (70162710000083288030) | | |
| Return Receipt (@@USPS Return Receipt #) | 1 | $2.75 |
| (9590940216866053612121) | | |

*CORRECTED AMENDED BRIEF TO DEEVES*

| Total | | $9.18 |
|---|---|---|
| Cash | | $20.00 |
| Change | | ($10.82) |

*21 AUG 2017*

---

J FRANK DOBIE
4950 E HOUSTON ST
SAN ANTONIO
TX
78220-9998
4879620220
09/19/2017    (800)275-8777    10:54 AM
====================================

*To MAILED BY CERT MAIL*

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter (Domestic) | 1 | $0.49 |
| (SAN ANTONIO, TX 78232) | | |
| (Weight:0 Lb 0.70 Oz) | | |
| (Expected Delivery Day) | | |
| (Thursday 09/21/2017) | | |
| Certified (@@USPS Certified Mail #) | 1 | $3.35 |
| (70160600000114123927) | | |

*7th Pleading To Deeves*

| Total | | $3.84 |
|---|---|---|
| Cash | | $5.00 |
| Change | | ($1.16) |

*29 SEP 2017*

---

ARSENAL
1140 S LAREDO ST
SAN ANTONIO
TX
78204-9998
4879520204
09/22/2017    (800)275-8777    2:30 PM
====================================

*22 SEP 2017*

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter (Domestic) | 1 | $0.70 |
| (SAN ANTONIO, TX 78232) | | |
| (Weight:0 Lb 1.30 Oz) | | |
| (Expected Delivery Day) | | |
| (Monday 09/25/2017) | | |
| Certified (@@USPS Certified Mail #) | 1 | $3.35 |
| (70062150000566508089) | | |
| Return Receipt (@@USPS Return Receipt #) | 1 | $2.75 |
| (9590940219366123463839) | | |

*MOTION TO DENY MOTION TO EXTEND TIME TO FILE*

| Total | | $6.80 |
|---|---|---|
| Cash | | $10.00 |
| Change | | ($3.20) |

---

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #06 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

*REPLACED FUEL PUMP NO TIRES OVER PLANED TIRES*

*CAR*   *CASH*   *$20.00*

Corner Store 1027
5239 Rigsby Avenue
San Antonio TX
T# 1027  TILL XXXX DR# 1 TRAN# 1014449
S#: 6    09/25/17 11:52:26

*25 SEP 2017*

---



Office DEPOT
OfficeMax
San Antonio - (210) 333-6400
09/29/2017  4:09 PM

2TVTYA4PUX55BYWWW

*29 SEP 2017*

SALE          2350-1-8917-885907-17.6.1

| 163061 Impression,BWS | | |
|---|---|---|
| 16 @ 0.12 | | 1.92 |
| You Pay | | 1.92SS |
| 167060 BW SS Letter | | |
| 27 @ 0.14 | | 3.78 |
| You Pay | | 3.78SS |
| 997542 ENV.CLASP,6x9, | | 5.99 SS |
| Subtotal: | | 11.69 |
| Sales Tax: | | 0.96 |
| Total: | | 12.65 |
| Cash | | 20.00 |
| CHANGE: | | (7.35) |

*REUSE PURCHASED PROPOSED MAIL TARMOS INFORMATION SHEETS*

*$12.65*

---

AMF SAN ANTONIO
10250 JOHN SAUNDERS RD
SAN ANTONIO
TX
78246-9998
4879500240
09/29/2017    (800)275-8777    7:42 PM
====================================

*29 SEP 2017*

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter (Domestic) | 1 | $0.70 |
| (SAN ANTONIO, TX 78232) | | |
| (Weight:0 Lb 1.80 Oz) | | |
| (Expected Delivery Day) | | |
| (Monday 10/02/2017) | | |
| Certified (@@USPS Certified Mail #) | 1 | $3.35 |
| (70160600000114122852) | | |
| Return Receipt (@@USPS Return Receipt #) | 1 | $2.75 |
| (9590940216866053612145) | | |

*MOTION TO REVERSE PER CURIAM*

| Total | | $6.80 |
|---|---|---|
| Cash | | $50.00 |
| Change | | ($43.20) |

## RECEIPT No. 553767

DATE 11/1/17

$ 1.00

RECEIVED FROM Anthony Moore

04-16-00786-CV _____ DOLLARS

○ FOR RENT
☒ FOR _copies_

| ACCOUNT | | ☒ CASH |
|---|---|---|
| PAYMENT | 1.00 | ○ CHECK |
| BAL. DUE | Ø | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM _____ TO _____

BY _KMp_

## RECEIPT No. 553766

DATE 11/1/17

$ 1.00

RECEIVED FROM Anthony Moore

04-16-00786-CV _____ DOLLARS

○ FOR RENT
☒ FOR _copies (10/30/17 Apc MEOT)_

| ACCOUNT | | ○ CASH |
|---|---|---|
| PAYMENT | 1.00 | ☒ CHECK |
| BAL. DUE | Ø | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM _____ TO _____

BY _KMp_



**Office DEPOT OfficeMax**
San Antonio – (210) 333-6400

SALE:
1630 Impression BW SS
7 @ 0.12
You Pay 0.84
22411 Impression Clr 3 @ 0.59 SS
You Pay 1.43
Subtotal
Sales Tax
MultiTotal: $1.55
Change

| Description | Fee | Qty | Amount |
|---|---|---|---|
| PREPAY CA #05 | | | 20.00 |
| | | | --------- |
| | Subtotal | | 20.00 |
| | Tax | | 0.00 |
| | **TOTAL** | | **20.00** |
| | CASH $ | | 20.00 |

_REPLACED FEE FOR SEVERAL TRIPS TO HANDLE DOCKET_
_RELATED TAXES_
$20000

Corner Store 2293
3603 SE Military Dr
San Antonio, TX
ST# 2293  TILL XXXX DR# 1 TRAN# 1033689
CSH: 2  /01 NOV 2017  11/10/17 14:17:07

---

**Office DEPOT OfficeMax**
San Antonio – (210) 333-6400

12 NOV 2017

SALE 167060 BW SS Letter
28 @ 0.15  4.20
Bulk 80.14  -0.28
                3.92
You Pay  3.92
Subtotal  3.92
Sales Tax  0.32
MultiTotal: $4.24
Cash  5.00
CHANGE: (0.76)

_FAST DRAFT_
_WORKING COPIES OF_
_EDITING COPIES OF_
_REPLY BRIEF_

$14.04

---

FORT SAM HOUSTON
2492 STANLEY RD
JBSA FT SAM HOUSTON
TX
78234-9998
4879570234

2 NOV 2017

11/01/2017  (800)275-8777  12:42 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Folk Art PSA # 10 | 1 | $0.61 |
| (Unit Price:$0.61) | | |
| First-Class Mail Letter | 1 | $0.70 |
| (Domestic) | | |
| (SAN ANTONIO, TX 78232) | | |
| (Weight:0 Lb 1.30 Oz) | | |
| (Expected Delivery Date) | | |
| (Friday 11/03/2017) | | |
| Certified | 1 | $3.35 |
| (@@USPS Certified Mail #) | | |
| (70162710000082626802) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) | | |
| (9590940233107196286891) | | |
| Affixed Postage | 1 | ($0.49) |
| (Affixed Amount:$0.49) | | |
| **Total** | | **$6.92** |
| Cash | | $10.00 |
| Change | | ($3.08) |

_2nd MOTION TO DENY EXTENSION OF TIME_

$6.92

**Office DEPOT**
**OfficeMax**

San Antonio - (210) 333-6400
11/15/2017   8:42 PM

2TTTQAPPMX345YBEW

*15 NOV 2017*

SALE          2350-4-5690-882151-17.8.2
167060  BW SS Letter
  81 @ 0.15                    12.15
  Bulk @0.14                   -0.81
*COPIES OF* You Pay           11.34SS
*REPLY*   Subtotal:            11.34
*BRIEF FOR*  Sales Tax:         0.94
*C2A f*      Total  *$12.28*   12.28
*DEEVES*   Cash             20.00
          CHANGE:            (7.72)

---

Description   *CARZ CAD PRE*
              Qty        Amount
--------    *CAR EXPENSE*  -------
PREPAY CA #01              10.00
                       -----------
*FUEL*    Subtotal         10.00
            Tax             0.00
     **TOTAL**          **10.00**
             CASH $        10.00
                        *$10.00*
  Corner Store 2292
  3151 SW White Rd
  San Antonio  TX
ST# 2292  TILL XXXX DR# 1 TRAN# 1037932
CSH: 9  *16 NOV 2017*  11/16/17 08:11:47

---

============================================
HIGHLAND HILLS SAN ANTONIO
3918 CLARK AVE
SAN ANTONIO
TX
78223-9998
*16 NOV 2017*  4879610223
11/16/2017   (800)275-8777   8:34 AM
============================================
============================================

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Large Envelope *REPLY BRIEF* | 1 | $1.82 |
| (Domestic) | | |
| (SAN ANTONIO, TX  78232) | | |
| (Weight:0 Lb 5.00 Oz) | | |
| (Estimated Delivery Date) | | |
| (Saturday 11/18/2017) | | |
| Certified | 1 | $3.35 |
| (USPS Certified Mail #) | | |
| (70160600000114122869) | | |
| Return Receipt | 1 | $2.75 |
| (USPS Return Receipt #) | | |
| (9590940216866053612138) | | |

Total          *$7.92*   $7.92
Cash  Card              $20.00
Change                 ($12.08)

---

*OFFICE MAX*
*4 DEC 2017*
*$4.81*
*PHOTOCOPIES OF AFFIDAVIT*
*UPDATES & LETTER TO COURT*